Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARDY,<br><br>        Plaintiff,<br><br>   vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        Defendant. | Case No. 09 CV 00310-JAM-KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, DAVID HARDY, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 3, 2009. NCO filed its responsive pleading on March 9, 2009. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

Stipulation To Dismiss With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 7/13/09   KROHN & MOSS, LTD.

/s/ Michael S. Agruss
Michael S. Agruss,
Attorney for Plaintiff,
David Hardy

Dated: 7/13/09   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated: July 13, 2009   /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com